UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:22-cv-20348-JLK

MARGARITA VALDERRAMA,

    **Plaintiff,**

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    **Defendant.**

_____/

## ORDER GRANTING UNOPPOSED MOTION TO STAY

THIS CAUSE is before the Court on Defendant's *Unopposed* Motion to Stay Pending *En Banc* Review by the Eleventh Circuit in *Hunstein v. Preferred Collection & Management Services, Inc*. The Court having considered the Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED:**

1. Defendant's Motion is **GRANTED**.

2. This case is **STAYED** Pending the Eleventh Circuit's ruling in *Hunstein v. Preferred Collection & Management Services, Inc.*, No. 19-14434 (11th Cir. Nov. 17, 2021). The Clerk shall administratively **CLOSE** this case.

3. The parties shall file a joint motion to reopen the case within thirty (30) days of the Eleventh Circuit's ruling *en banc*.

4. All pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers this 10th day of February, 2022.

_____
Hon. James Lawrence King
Senior United States District Judge

CC:   All counsel of record